ESTATE OF EDWARD FLAHERTY, DECEASED.

[No. 2,798; decided February 11, 1884.]

*Administrator—Nomination by Nonresident Widow.*—The second marriage of a woman who has a husband living is void, and she becomes his widow upon his death. Hence she has a right to nominate an administrator of his estate, although she is a nonresident and is cohabiting with and bearing the name of the second husband.

Wright & Cormac, for the public administrator.

C. W. Bryant, for Kimball.

J. E. Jarrett, for the widow.

George N. Williams, for Patrick Flaherty.

A. H. Loughborough, for absent heirs.